JOSEPH P. PRAIRIE and THOS. G. JENKINS v. DAVID A. JEN-
KINS, Public Treasurer.

(For the Syllabus, see the next preceding case, page 545.)

CIVIL ACTION, praying an *Injunction* against the Public Treasurer, restraining the collection of a certain judgment, theretofore obtained, heard before WATTS, J., at Chambers in the County of WAKE, 15th April, 1875.

Upon the hearing of the complaint and affidavit, no answer being filed, his Honor continued the Injunction until the final hearing.

The facts of the case are stated in the opinion of the Court, and also in the report of the next preceding case between the same parties.

From the order of his Honor in the Court below, continuing the Injunction, the defendant appealed.

*Attorney General Hargrove* and *Smith & Strong*, for appellant.
*Badger & Devereux* and *Batchelor & Son*, contra.

RODMAN, J.   On 16th December, 1874, the State obtained a further judgment on the same bond on which a judgment

had been taken in the January previous, which was considered and decided on in a case between nearly the same plaintiffs and the same defendant at this term. See ante, p. 545. The only grounds alleged in this complaint are that the judgment was taken before the Clerk, and without notice. These points were considered and decided adversely to the plaintiff. No objection to the judgment in the case mentioned is set forth in this case, founded on the Act of the General Assembly giving time to the principal.

Probably as that is a Public Act, we are required to take judicial notice of it. But we cannot take notice that the sheriff had brought himself within the conditions of that Act, by paying three-fourths of the taxes and all that had been collected by him, when it is not alleged in the pleadings in this case. Herein this case differs from the one above cited.

There is error. Injunction dissolved. Case remanded. Let this opinion be certified.

PER CURIAM.                    Injunction dissolved.